1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
3  MARGARET T. CARDASIS (SBN 322167)
   mcardasis@snllp.com
4  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
5  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
6  Facsimile: (415) 352-2625

7

8  Attorneys for Defendant
   Cavalry SPV I, LLC
9

10                       UNITED STATES DISTRICT COURT

11                      CENTRAL DISTRICT OF CALIFORNIA

12

13

14 | BORIS SHAKHOV, individually and on behalf of all others similarly situated, | CASE NO.: 2:20-cv-10531 |
   |---|---|
   | | **DEFENDANT'S NOTICE OF INTERESTED PARTIES** |
   | Plaintiff, | |
   | vs. | |
   | CAVALRY SPV I, LLC; and DOES 1 through 5, | |
   | Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned counsel of record for defendant Cavalry SPV I, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Cavalry Portfolio Services, LLC, a Delaware limited liability company.

    2. Cavalry SPV I, LLC, a Delaware limited liability company.

DATED: November 18, 2020        SIMMONDS & NARITA LLP
                                            TOMIO B. NARITA
                                            JEFFREY A. TOPOR
                                            MARGARET T. CARDASIS

                                            By: /s/ Margaret T. Cardasis
                                            Margaret T. Cardasis
                                            Attorneys for Defendant
                                            Cavalry SPV I, LLC